A. Cisneros
Email: amctrustee@mclaw.org
3403 Tenth Street, Suite 711
Riverside, CA  92501
Telephone:  (951) 328-3124
Telecopier: (951) 682-9707

Chapter 7 Trustee

UNITED STATES BANKRUPTCY COURT

CENTRAL DISTRICT OF CALIFORNIA

RIVERSIDE DIVISION

| | |
|---|---|
| In re | Case No. 6:05-12468 MJ |
| HAROLD (HARRY) CLARK, III, And LINDA CLARK, | Chapter 7 |
| | AMENDED NOTICE OF UNCLAIMED DIVIDENDS PURSUANT TO BANKRUPTCY RULE 3011 |
| Debtors. | [No Hearing Required] |

TO: KATHLEEN J. CAMPBELL, CLERK OF THE UNITED STATES BANKRUPTCY COURT:

Please find annexed hereto Check No. 1109 in the amount of $742.40[1] representing the total amount of unclaimed dividend(s) in the above-entitled Debtors' estate which will create a zero balance in the bank account.  Said sum is paid over to you pursuant to Bankruptcy Rule 3011.  A list of the name(s), address(es) and amount(s) to be paid to each claimant entitled to said unclaimed dividend is attached.

Dated: August 9, 2011        A. CISNEROS, Chapter 7 Trustee

---

[1] Funds forwarded directly to the Fiscal Section of the United States Bankruptcy Court, Los Angeles. See copy attached.

HAROLD (HARRY) CLARK, III and LINDA CLARK
6:05-12468 MJ

## UNCLAIMED DIVIDENDS

| NAME OF EACH CLAIMANT | AMOUNT OF ALLOWED CLAIM | PROPOSED DISTRIBUTION AMOUNT |
|---|---|---|
| Citibank (South Dakota), N.A.<br>c/o Jennifer Witherell Crantz<br>Hemar, Rousse & Heald, LLP<br>15910 Ventura Blvd., 12th Floor<br>Encino, CA  91436 | $40,000.00 | $742.40 |
| TOTAL | $40,000.00 | $742.40 |

**BANK OF AMERICA, N.A.**
CUSTOMER CONNECTION

A. CISNEROS, TRUSTEE
3403 TENTH STREET, SUITE 711
RIVERSIDE, CA 92501

Unclaimed Dividends

CHECK NUMBER
**1109**

| DATE | AMOUNT |
|---|---|
| 07/26/11 | *********742.40 |

| CASE NUMBER | DEBTOR |
|---|---|
| 6:05-12468    MJ | CLARK III, HAROLD (HARRY)<br>CLARK, LINDA |

**PAY TO THE ORDER OF**

U.S. BANKRUPTCY COURT
EDWARD R. ROYBAL FED BLDG
FISCAL DEPT
255 E. TEMPLE ST
LOS ANGELES, CA 90012

*Seven Hundred Forty Two Dollars And 40/100*

A. CISNEROS, TRUSTEE
THIS CHECK VOID AFTER 90 DAYS

SECURITY FEATURES INCLUDED. DETAILS ON BACK.

⑈001109⑈ ⑆111000012⑆ 4428793694⑈

---

| Date: 07/26/11 | Check Number: 1109 | Amount: 742.40 |
|---|---|---|

Debtor Name: CLARK III, HAROLD (HARRY)
Case Number: 6:05-12468    MJ

Paid To:  U.S. BANKRUPTCY COURT
EDWARD R. ROYBAL FED BLDG
FISCAL DEPT
255 E. TEMPLE ST
LOS ANGELES, CA 90012

A. CISNEROS, TRUSTEE
3403 TENTH STREET, SUITE 711
RIVERSIDE, CA 92501

Description:  Unclaimed Dividends

Bank Account Number:  4428793694

---

| Date: 07/26/11 | Check Number: 1109 | Amount: 742.40 |
|---|---|---|

Debtor Name: CLARK III, HAROLD (HARRY)
Case Number: 6:05-12468    MJ

Paid To:  U.S. BANKRUPTCY COURT
EDWARD R. ROYBAL FED BLDG
FISCAL DEPT
255 E. TEMPLE ST
LOS ANGELES, CA 90012

A. CISNEROS, TRUSTEE
3403 TENTH STREET, SUITE 711
RIVERSIDE, CA 92501

Description:  Unclaimed Dividends

Bank Account Number:  4428793694

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I. Proposed orders do not generate an NEF because only orders that have been entered are placed on the CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

3403 Tenth Street, Suite 711, Riverside, CA 92501

A true and correct copy of the foregoing document described as **NOTICE OF UNCLAIMED DIVIDENDS PURSUANT TO BANKRUPTCY RULE 3011** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner indicated below:

I. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** – Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **August 9, 2011**, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email address(es) indicated below:

☒ Service information continued on attached page

II. **SERVED BY U.S. MAIL OR OVERNIGHT MAIL**(indicate method for each person or entity served):
On **August 9, 2011,** I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

**Fiscal Department (Via U.S. Mail):** U.S. Bankruptcy Court, Edward R. Roybal Federal Bldg, Fiscal Dept, 255 E. Temple St., Los Angeles, CA 90012

☐ Service information continued on attached page

III. **SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____, I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| August 9, 2011 | Breanna Rondilone | *(signature)* |
|---|---|---|
| Date | Type Name | Signature |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

August 2010                                    F 9013-3.1.PROOF.SERVICE

**TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF") – Continued from Previous Page**

Franklin C Adams    franklin.adams@bbklaw.com,
arthur.johnston@bbklaw.com;lisa.spencer@bbklaw.com;bknotices@bbklaw.com
Marc Andrews    sandra.g.mcmasters@wellsfargo.com
Thomas H Casey    msilva@tomcaseylaw.com
Arturo Cisneros (TR)    amctrustee@mclaw.org, acisneros@ecf.epiqsystems.com
Jennifer Witherell Crastz    jcrastz@hemar-rousso.com
Melissa Davis    mdavis@shbllp.com
Willis B Douglass    Willis.B.Douglass@irscounsel.treas.gov
Jamie P Dreher    jdreher@downeybrand.com
Mark D Estle    mdestle@estlelaw.com
Michael G Fletcher    mfletcher@frandzel.com, efiling@frandzel.com;shom@frandzel.com
Robert D Ginter    dginter@downeybrand.com, sheaton@downeybrand.com
Jeffrey T Gwynn    jgwynn@gwynn-law.com
Robert E Huttenhoff    rhuttenhoff@shbllp.com
Manijha Kadir    mkadir@shbllp.com
Tricia L Legittino    tlegittino@frandzel.com, efiling@frandzel.com;mhampton@frandzel.com
Alison J Maloof    ecfcacbrs@piteduncan.com, steve@thebklawyers.com
Alyssa K McCorkle    ecfcacb@piteduncan.com
Randall P Mroczynski    randym@cookseylaw.com
Sean A Okeefe    sokeefe@okeefelc.com
Jason E Rios    jason.rios@doj.ca.gov
Leonard M Shulman    lshulman@shbllp.com
United States Trustee (RS)    ustpregion16.rs.ecf@usdoj.gov
Kenrick W Young    kyoung@downeybrand.com
Pamela Jan Zylstra    zylstralaw@gmail.com

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*August 2010*                                                                                                   **F 9013-3.1.PROOF.SERVICE**